In the Matter of ALLEN PARKER, Petitioner, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent.

Present—Doerr, J. P., Boomer, Green, Balio and Lawton, JJ.